Aubrey HAUGHN et al., Plaintiffs in Error, v. UNITED STATES, Defendant in Error.

(Circuit Court of Appeals, Fifth Circuit. May 12, 1926.)

No. 4762.

In Error to the District Court of the United States for the Southern District of Alabama; Robert T Ervin, Judge.

Palmer Pillans, of Mobile, Ala. (Alexis T. Gresham, H. Pillans, and Pillans, Cowley & Gresham, all of Mobile, Ala., on the brief), for plaintiffs in error.

Aubrey Boyles, U. S. Atty., of Mobile, Ala.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

FOSTER, Circuit Judge. Plaintiffs in error were the master and crew of the British schooner Hazel E. Herman, which was seized on September 23, 1925, by the Coast Guard at a point 16 marine miles off the coast of Louisiana. They were convicted of violations of the National Prohibition Act (Comp. St. Ann. Supp. 1923, § 10138¼ et seq.), alleged to have occurred at said time and place.

Various errors are assigned, of which it is necessary to consider only those running to

the overruling of a motion for a directed verdict. The facts are similar to those appearing in the case of Hennings v. United States, 13 F.(2d) 74, decided this day. The motion to direct should have been granted.

Reversed.